396 P.3d 1160

Keith M. KANESHIRO, in his Official Capacity as Prosecuting Attorney of City and County of Honolulu, on Behalf of State of Hawai'i, Petitioner-appellant,

v.

ELEVEN (11) PRODUCTS DIRECT Sweepstakes Machines (Total Estimated Value: $38,500.00), Four Hundred Fifty Seven Dollars in United States Currency ($457.00); One (1) Cam Security Digital Recording System (Estimated Value: $200.00) (Total Aggregate Value: $39,157.00), Defendant-Appellee,

and

Winner'z Zone; April Whiting-Haraguchi, Tracy Yoshimura, PJY Enterprises; Wendy Wagner, Interested Persons-Appellees (S.P. NO. 14-1-0567)

Keith M. Kaneshiro, in his Official Capacity as the Prosecuting Attorney of City And County of Honolulu, on Behalf of State of Hawai'i, Petitioner-appellant,

v.

Twelve (12) Products Direct Sweepstakes Machines (Total Estimated Value: $42,000.00), Seven Hundred Forty Four Dollars in United States Currency ($744.00); One (1) DVR (Estimated Value: $100.00) (Total Aggregate Value: $42,844.00), Defendant-Appellee,

and

Winner'z Zone; April Whiting-Haraguchi, Tracy Yoshimura, PJY Enterprises; and Steve Ohira, Interested Persons-Appellees (S.P. NO. 14-1-0568)

Keith M. Kaneshiro, in his Official Capacity as the Prosecuting Attorney of The City And County of Honolulu, on Behalf of the State of Hawai'i, Petitioner-appellant,

v.

Fifteen (15) Products Direct Sweepstakes Machines (Total Estimated Value: $52,500.00), One Thousand Eight Hundred Eighty Three Dollars in United ty as the Prosecuting Attorney of The City And County of Honolulu, on Behalf of the State of Hawai'i, Petitioner-appellant,States Currency ($1,883.00) (Total Aggregate Value: $54,383.00), Defendant-Appellee,

and

Winner'z Zone; April Whiting-Haraguchi, Tracy Yoshimura, PJY Enterprises; and Sherilyn Gama, Interested Persons-Appellees (S.P. NO. 14-1-0569)

Keith M. Kaneshiro, in his Official Capaci-

Keith M. Kaneshiro, in His Official Capacity as the Prosecuting Attorney of The City And County of Honolulu, on Behalf

v.

Fourteen (14) Products Direct Sweepstakes Machines (Total Estimated Value: $49,000.00), Forty Seven Dollars in United States Currency ($47.00) (Total Aggregate Value: $49,047.00), Defendant-Appellee,

and

Winner'z Zone; April Whiting-Haraguchi, Tracy Yoshimura, PJY Enterprises; and Anna Marie Blas Fejeran, Interested Persons-Appellees (S.P. NO. 14-1-0570)

Keith M. Kaneshiro, in his Official Capacity as the Prosecuting Attorney of The City And County of Honolulu, on Behalf of the State of Hawai'i, Petitioner-appellant,

v.

Fifteen (15) Products Direct Sweepstakes Machines (Total Estimated Value: $52,500.00), Seven Hundred Seventy Nine Dollars in United States Currency ($779.00) (Total Aggregate Value: $53,279.00), Defendant-appellee,

and

Winner'z Zone; April Whiting-Haraguchi, Tracy Yoshimura, PJY Enterprises; and Quyenh Nguyen, Interested Persons-Appellees (S.P. NO. 14-1-0571)of the State of Hawai'i, Petitioner-appellant,

v.

Ten (10) Products Direct Sweepstakes Machines (Total Estimated Value:

$35,000.00), Two Hundred Ninety Dollars in United States Currency ($290.00) (Total Aggregate Value: $35,290.00), Defendant-appellee,

and

Winner'z Zone; April Whiting-Haraguchi, Tracy Yoshimura, PJY Enterprises; and Jay-r Laforteza, Interested Persons-Appellees (S.P. NO. 14-1-0572)

NO. CAAP-15-0000848
NO. CAAP-15-0000849
NO. CAAP-15-0000850
NO. CAAP-15-0000852
NO. CAAP-15-0000854
NO. CAAP-15-0000855

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT, (S.P. NO. 14-1-0567), (S.P. NO. 14-1-0568), (S.P. NO. 14-1-0569), (S.P. NO. 14-1-0570), (S.P. NO. 14-1-0571), (S.P. NO. 14-1-0572)

MEMORANDUM OPINION

Vacate and remand.

■

396 P.3d 1161

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Matthew Sean SASAI, Defendant-Appellee**

and

**State of Hawaii, Plaintiff-Appellant/Cross Appellee,**

v.

**Brent N. Tanaka, Defendant-Appellee/Cross Appellant**

NO. CAAP-15-0000865
NO. CAAP-15-0000866

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

As Amended June 30, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT HONO-

LULU DIVISION, (CASE NO. 1DCW-14-0004628), (CASE NO. 1DCW-14-0005843)

SUMMARY DISPOSITION ORDER

Vacate and remand.

■

396 P.3d 1161

**CENTRAL PACIFIC BANK, Plaintiff-appellee,**

v.

**William Halemano FREDERICK, Defendant-appellant,**

and

**Mary Katherine Frederick, Sea Country Community Association, Defendants-appellees,**

and

**John Does 1-50; Jane Does 1-50; DOE Partnerships 1-50; DOE Corporations 1-50; DOE Non-profit Corporations 1-50; and DOE Governmental Units 1-50, Defendants**

NO. CAAP-16-0000637

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-2199-10)

SUMMARY DISPOSITION ORDER

Affirmed.

